644

*Bradley B. Gilman* for the United States.

No. 341. PARKER *v.* SINCLAIR. October 17, 1932. Petition for writ of certiorari to the Court of Appeals of the District of Columbia denied. *Messrs. Chester I. Long, J. D. Houston, Peter Q. Nyce, Samuel W. McIntosh,* and *Dudley W. Strickland* for petitioner. *Messrs. G. T. Stanford, R. W. Ragland, Challen B. Ellis,* and *Phil P. Campbell* for respondent.

No. 344. HOWARD SHEEP CO. *v.* UNITED STATES. October 17, 1932. Petition for writ of certiorari to the Court of Claims denied. *Messrs. Blaine B. Shimmel* and *Camden R. McAtee* for petitioner. *Solicitor General Thacher, Assistant Attorney General Rugg,* and *Messrs. Whitney North Seymour* and *Bradley B. Gilman* for the United States.

No. 347. KANSAS CITY BRIDGE CO. *v.* ALABAMA STATE BRIDGE CORP. October 17, 1932. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Mr. Samuel W. Sawyer* for petitioner. *Mr. Thomas E. Knight, Jr.,* for respondent.

No. 348. KELLY *v.* TEXAS & PACIFIC RY. CO. October 17, 1932. Petition for writ of certiorari to the Supreme Court of Texas denied. *Mr. S. P. Jones* for petitioner. No appearance for respondent.

No. 350. CONTINENTAL LEATHER CO. *v.* LAMPORT & HOLT, LTD. October 17, 1932. Petition for writ of certi-